IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE LEONARDO BRITO GUEVARA, and BEATRIZ ZULAY GUEVARA FLORES<br>*Petitioners* | §<br>§<br>§<br>§ | CIVIL ACTION NO. 3:23-cv-01726-E |
| v. | §<br>§ | |
| SAMANTHA ESTEFANIA FRANCISCO CASTRO<br>*Respondent* | §<br>§<br>§<br>§ | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioners Jose Leonardo Brito Guevara, and Beatriz Zulay Guevara Flores and Respondent Samantha Estefania Francisco Castro (collectively the "Parties") respectfully request the entry of a Protective Order. There is good cause for entry of this Order. In this action, the Parties intend to seek "CONFIDENTIAL" and/or "CONFIDENTIAL ATTORNEYS' EYES ONLY" information from each other during the course of discovery. The disclosure of such confidential information outside the scope of this litigation could result in significant injury to one or more of the Parties' privacy interests.

For the foregoing reasons, the Parties respectfully request that the proposed Order be entered by the Court.

Dated: September 8, 2023

**Joint Motion for Entry of Protective Order**

1

Respectfully submitted,

| | |
|---|---|
| ALSTON & BIRD LLP | DUANE MORRIS LLP |
| | |
| By: */s/ Laura B. Hunt* | By: */s/ Tracy L. McCreight* |
| Mia L. Falzarano | Tracy L. McCreight |
| State Bar No. 24105847 | State Bar No. 24037064 |
| Mia.Falzarano@alston.com | tlmccreight@duanemorris.com |
| Laura B. Hunt | Ramsey Schultz |
| State Bar No. 24120912 | State Bar No. 24130391 |
| Laura.Hunt@alston.com | rschultz@dunanemorris.com |
| Christian G. Sweeney | Las Cimas IV |
| State Bar No. 24121159 | 900 S. Capital of Texas Hwy, Suite 300 |
| Christian.Sweeney@alston.com | Austin, TX   78746-5435 |
| 2200 Ross Avenue, Ste. 2300 | Telephone: 512 277 2300 |
| Dallas, TX 75201 | Fax: 512 277 2301 |
| (214) 922-3400 – Telephone | |
| (214) 922-3899 – Facsimile | Leslie Ritchie Robnett |
| | State Bar No. 24065986 |
| **ATTORNEYS FOR** | lrrobnett@duanemorris.com |
| **PETITIONERS JOSE** | Joakim Soederbaum |
| **LEONARDO BRITO GUEVARA,** | State Bar No. 24091338 |
| **and BEATRIZ ZULAY** | jsoederbaum@duanemorris.com |
| **GUEVARA FLORES** | 777 Main Street, Suite 2790 |
| | Fort Worth, TX 76102-5369 |
| | Telephone: 817 704 1000 |
| | Fax: 817 704 1001 |
| | |
| | **ATTORNEYS FOR RESPONDENT** |
| | **SAMANTHA ESTEFANIA** |
| | **FRANCISCO CASTRO** |

## CERTIFICATE OF SERVICE

I hereby certify that this Motion has been served to counsel for all parties via the Court's electronic filing system on September 8, 2023.

                                                                                     */s/ Tracy L. McCreight*
                                                                                     Tracy L. McCreight

**Joint Motion for Entry of Protective Order**

## CERTIFICATE OF CONFERENCE

On September 7, 2023, Petitioners' and Respondent's counsel agreed that a Protective Order would protect the interests of all Parties in this matter and have agreed to handle all production pursuant to the terms of this Order.

*/s/ Tracy L. McCreight*
Tracy L. McCreight

**Joint Motion for Entry of Protective Order**