# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOSE LEONARDO BRITO GUEVARA, and BEATRIZ ZULAY GUEVARA FLORES, | § § § | |
| Petitioners, | § § | Civil Action No. 3:23-CV-01726-E |
| v. | § § | |
| SAMANTHA ESTEFANIA FRANCISCO CASTRO, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law, signed on May 8, 2024, the Court hereby enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58, as follows:

The Court **DENIES** Petitioners Jose Leonardo Brito Guevara's and Beatriz Zulay Guevara Flores's Complaint and Petition for Return of Child. (ECF No. 1). The Court finds that A.F. is well-settled in Dallas with Respondent Samantha Estefania Francisco Castro, and thus, the Court **ORDERS** that A.F. remain in the United States with Respondent.

**SO ORDERED:** May 8, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE