IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jose Leonardo Brito Guevara, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:23-cv-01726-E |
| Samantha Estefania Francisco Castro, | § | |
| Defendant. | § | |

## ORDER

The Court hereby **ORDERS** the Parties in this case to meet and confer and file a Joint Status Report as to the status of this case and the related proposed custodial arrangement on or before **October 31, 2025.**

The parties are ordered to include the following information in the Joint Status Report:

1. The names and addresses of custodial caretakers residing in Defendant's habitual country of Venezuela;

2. Documentation verifying the above;

3. The consent, or lack thereof, of Plaintiff Brito Guevara and Defendant Castro to named individual(s)'s taking custody of A.F.;

4. A description of the proposed caretaking arrangement of A.F.

**SO ORDERED:** October 16, 2025

ADA BROWN
UNITED STATES DISTRICT JUDGE